## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DANA THOMAS                                                                              PLAINTIFF

v.                                 NO. 1:11CV00054 JLH

UNISERVE, LLC; and KEVIN STATLER                           DEFENDANT

## **ORDER**

Without objection, defendants' motion for extension of the discovery deadline is granted.

Document #7.  The discovery deadline is extended up to and including January 26, 2012.

IT IS SO ORDERED this 22nd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE