### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

DANA THOMAS                                                                                           PLAINTIFF

v.                                       NO. 1:11CV00054 JLH

UNISERVE, LLC; and KEVIN STATLER                                                  DEFENDANT

### **ORDER**

Without objection, defendants' motion for extension of the discovery deadline is granted.

Document #7. The discovery deadline is extended up to and including January 26, 2012.

IT IS SO ORDERED this 22nd day of November, 2011.

*[signature]*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE