## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DANA THOMAS                                                                                         PLAINTIFF

v.                                          NO. 1:11CV00054 JLH

UNISERVE, LLC; and KEVIN STATLER                                                DEFENDANTS

### **ORDER**

Without objection, defendants' motion for extension of the motion deadline is GRANTED. Document #9. The motion deadline is hereby extended up to and including January 30, 2012.

IT IS SO ORDERED this 19th day of January, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE