IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANA THOMAS                                                                                         PLAINTIFF

v.                                             NO. 1:11CV00054 JLH

UNISERVE, LLC; and KEVIN STATLER                                                       DEFENDANTS

## ORDER

Without objection, defendants' motion for extension of the motion deadline is GRANTED. Document #9. The motion deadline is hereby extended up to and including January 30, 2012.

IT IS SO ORDERED this 19th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE