# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DANA THOMAS                                                                                          PLAINTIFF

v.                                            NO. 1:11CV00054 JLH

UNISERVE, LLC; and KEVIN STATLER                                                       DEFENDANTS

## ORDER

The plaintiff's motion to dismiss this action with prejudice is granted.  Document #32.  This action is hereby dismissed with prejudice.  The Court retains jurisdiction up to and including the 29th day of June, 2012, to enforce the settlement agreement or to reopen the action for further litigation, should it become necessary to do so.

IT IS SO ORDERED this 15th day of March, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE